

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**MARGARET M. ROBERTIE**
CLERK OF COURT

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

TEL: 618.482.9371
FAX: 618.482.9383

November 6, 2020

Clerk of the Circuit Court
Madison County Circuit Court
155 North Main Street
Edwardsville, IL  62025

**FILED**

NOV 0 6 2020

CLERK OF CIRCUIT COURT #3
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

Re:   Billhartz v. First Co Bancorp, Inc. et al
      District Court Case No. 3:20-cv-00817-SPM
      State Court Case No. 20-L-1146

Enclosed is a copy of the Order of Judge Stephen P. McGlynn filed November 5, 2020, remanding this action to your court.

Please acknowledge receipt of the Order by returning a signed copy of this letter to the undersigned at the office indicated above.

Very truly yours,


s/ *Kathryn L. Scheibal*
Deputy Clerk


Enclosure
Copy to Counsel of Record

Received By: _D. Yung_

Date: _11/6/2020_

CV-11
Rev. 1/12